IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RITESH TANDON, et al.,**  Plaintiffs, | Case No. 5:20-cv-071080-LHK  [PROPOSED] ORDER |
| v. | |
| **GAVIN NEWSOM, et al.,**  Defendants. | |

Pursuant to the parties' stipulation, it is hereby ORDERED that State Defendants and County Defendants shall file their opposition briefs to Plaintiffs' motion for preliminary injunction no later than November 18, 2020, and Plaintiffs shall file their reply, if any, no later than November 25, 2020. The hearing date remains set for December 3, 2020.

Dated: October 29, 2020

_____
The Honorable Lucy H. Koh